UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL
FILED
SEP 20 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| *In Re Subpoena* in<br><br>BORIN YANN,<br>7207 Homestead Place<br>Springfield, VA 22151,<br><br>SOPHEA KEO,<br>7207 Homestead Place<br>Springfield, VA 22151,<br><br>AND,<br><br>PKY, By Mother and Next Friend Sophea Keo<br>7207 Homestead Place<br>Springfield, VA 22151<br><br>Plaintiffs,<br><br>v.<br><br>DENEEN PRICE,<br>5339 W. Boniwood Turn<br>Clinton, MD 20735<br><br>AND<br><br>ALLSTATE INSURANCE COMPANY,<br>1015 15th Street, NW, Suite 1000<br>Washington, DC 20005<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:10-mc-00556
Assigned To : Bates, John D.
Assign. Date : 9/20/2010
Description: YANN et al v. PRICE et al

**NOTICE OF REMOVAL OF SUBPOENA**

The United States Attorney, through the undersigned attorneys and on behalf of the Federal Maritime Commission ("FMC") or ("Agency"), respectfully files this Notice Of Removal Of Subpoena pursuant to 28 U.S.C. §§ 1442(a)(1), 1446. In support of this Notice, the Agency states as follows:

1. On or about September 9, 2010, counsel for Defendants served the FMC with a subpoena that has a return date of September 21, 2010. The subpoena requests employee records for Plaintiff Sophea Pal Keo related to her maternity leave and salary for 2009 and to time missed between October 2009 and the present in the District of Columbia Superior Court matter of *Borin Yann, et al. v. Deneen Price, et al.*, Case No. 2009 CA 009204 V. The Agency believes these records are protected from disclosure by the Privacy Act, 5 U.S.C. § 552a.

2. A copy of the subpoena is attached hereto.

3. The FMC intends to move to quash the subpoena following the removal of this action based on applicable federal law.

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446. *See also Houston Business Journal, Inc. v. Office of the Comptroller of the Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996); *Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 412-15 (D.C. Cir. 1995). The underlying civil case is not being removed and shall remain in the District of Columbia Superior Court.

Dated: September 17, 2010

Respectfully submitted,

RONALD C. MACHEN JR., D.C. BAR No. 447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. BAR No. 434122
Chief, Civil Division

By: _____
KYMIAN D. RAY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-2257
kymian.ray@usdoj.gov

*Superior Court of the District of Columbia*
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001    Telephone (202) 879-1133

| BORIN YANN, et al. | SUPBOENA IN A CIVIL CASE |
|---|---|
| Plaintiff | |
| DENEEN PRICE, et al. | CASE NUMBER: 2009 CA 009204 |
| Defendant | |

To:
Custodian of Records
Attn: David Kaplan
Federal Maritime Commission
800 N. Capitol Street, NW., Room 924
Washington, DC 20573

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | AM / PM |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

[X] YOU ARE COMMANDED to produce ~~and permit inspection and copying of~~ the following documents or objects at the place, date and time specified below (*list documents or objects*)

DOCUMENTS OR OBJECTS
SEE THE ATTACHED NOTICE

| PLACE OF PRODUCTION | DATE | TIME |
|---|---|---|
| 1400 K Street, N.W., Suite 1000, Washington, D.C. 20005 | 9/21/10 | 10:00 AM |

☐ YOU ARE COMMANDED to permit inspect of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | AM / PM |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (attorney for defendant) | | DATE |
|---|---|---|
| O'Neil S. King, Esq. *[signature]* | ☐ Plaintiff  [X] Defendant | 9/9/10 |

ISSUING PERSON'S NAME, ADDRESS AND TELEPHONE NUMBER

O'Neil S. King, Esq.
Leftwich & Ludaway, LLC
1400 K Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 434-9140

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

BORIN YANN, et al.

        Plaintiffs,

v.

DENEEN ELIZABETH PRICE, et al.

        Defendants.

2009 CA 009204 V

## NOTICE OF RECORDS DEPOSITION

PLEASE TAKE NOTICE that Defendant Verizon Washington, DC Inc., by and through counsel, Leftwich & Ludaway, LLC, will take the records deposition of:

| |
|---|
| Custodian of Records<br>Little River Chiropractic Clinic<br>6601 Little River Turnpike, Suite 310<br>Alexandria, VA 22312 |
| Custodian of Records<br>Fair Ridge Orthopedics<br>Attn: Medical Records<br>4200 Daniels Avenue, Suite 100<br>Annandale, VA 22003 |
| Custodian of Records<br>Dr. Gurpreet S. Bajwa, MD<br>8316 Arlington Boulevard, Suite 514<br>Fairfax, VA 22031 |
| Custodian of Records<br>Jeffrey Wigodsky, Esq.<br>1737 Kings Street, Suite 220<br>Alexandria, VA 22314 |
| Dr. Michael Leonidov, MD<br>6206 Old Franconia Road<br>Alexandria, VA 22310 |
| Custodian of Records<br>Attn: David Kaplan<br>Federal Maritime Commission<br>800 N. Capitol Street, NW., Room 924<br>Washington, DC 20573 |

Leftwich & Ludaway, LLC, 1400 K Street, N.W., Suite 1000, Washington, D.C. 20005 (see below for directions on producing records without appearing) before a notary public or some other officer authorized to administer oaths, and will continue, with reasonable recesses, until completed. The deposition will be taken for the purposes of discovery or for use as evidence in this action, or for such other purposes as are authorized by law.

The deponent:

a) Little River Chiropractic Clinic is requested to produce, prior to or at the time of the deposition, a complete copy of patient medical records, x-rays and MRI films for patients: **Sophea Pal Keo, 4-10-73, xxx-xx-2851** and **Borin Mak Yann, 12-3-72, xxx-xx-9206**

b) Fair Ridge Orthopedics is requested to produce, prior to or at the time of the deposition, a complete copy of patient medical records, x-rays and MRI films for patient: **Sophea Pal Keo, 4-10-73, xxx-xx-2851**

c) Dr. Gurpreet S. Bajwa, MD Orthopedics is requested to produce, prior to or at the time of the deposition, a complete copy of patient medical records, x-rays and MRI films for patient: **Sophea Pal Keo, 4-10-73, xxx-xx-2851**

d) Jeffrey Wigodsky, Esq. Orthopedics is requested to produce, prior to or at the time of the deposition, a complete copy of any and all discovery responses, all photos of the property damage to the vehicle client was operating, and medical records and bills as a result of the February 18, 2010 automobile accident involving: **Sophea Pal Keo, 4-10-73, xxx-xx-2851**

e) Dr. Michael Leonidov, MD is requested to produce, prior to or at the time of the deposition, a complete copy of patient medical records, x-rays, and MRI films for patient: **Borin Mak Yann, 12-3-72, xxx-xx-9206**

f) Federal Maritime Commission is requested to produce, prior to or at the time of the deposition, a complete copy of all employee records of maternity leave, verification of employee's salary for the year 2009, and all records related to time missed between the dates of October 2009 and the present for employee: **Sophea Pal Keo, 4-10-73, xxx-xx-2851**

2

IN LIEU OF APPEARING at the designated date, time, and place described above, deponent may send certified copies of the aforementioned documents to LEFTWICH & LUDAWAY, LLC, ATTENTION: Isis Sample, 1400 K Street, N.W., Suite 1000, Washington, D.C. 20005, no later than September 18, 2010.

Respectfully submitted,

LEFTWICH & LUDAWAY, LLC

By: _____
O'Neil S. King
1400 K Street, N.W., Suite 1000
Washington, DC 20005
(202) 434-9140
oking@leftwichlaw.com

*Counsel for Defendant.*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September, 2010, the foregoing Notice of Taking Records Deposition of Little River Chiropractic Clinic, Fair Ridge Orthopedics, Dr. Bajwa, Jeffrey Wigodsky, Dr. Loenidov, and Federal Maritime Commission was served via regular, first-class mail on:

Douglas R. Stevens, Esq.,
3158 O Street, N.W.,
Washington, D.C. 20007

Jay R. Goldman, Esq.,
12150 Monument Drive, Suite 225,
Fairfax, Virginia 22033.

O'Neil S. King

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17$^h$ day of September, 2010, service of the foregoing Notice Of Removal Of Subpoena and Notice Of filing Notice Of Removal has been made by mailing copies thereof to:

O'Neil S. King, Esq.
Leftwich & Ludaway, LLC
1400 K Street, N.W. Suite 1000
Washington, DC 20005
202-434-9140
Attorney for Defendant

Douglas R. Stevens, Esq.
3158 O Street, NW
Washington, DC  20007
Attorney for Plaintiffs

By: _____
KYMIAN D. RAY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-2257
kymian.ray@usdoj.gov